UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARLEIGH CONNOLLY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEACON SALES ACQUISITION, INC., d/b/a AMERICAN BUILDING & ROOFING, a Washington Limited Liability Company,<br><br>Defendant. | CASE NO. 2:22-cv-00151-TL<br><br>ORDER ON STIPULATED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE |

On April 11, 2023, the Parties filed a stipulated motion to extend the dispositive motion deadline. Dkt. No. 17. The Parties' proposed schedule would change the dispositive motion deadline from April 13, 2023, to May 15, 2023. *Id.* Per the Court's order setting the trial date, the Court "will not decrease the amount of time between the dispositive motion or motion in limine deadlines and the trial date unless the parties set forth an extraordinary basis for doing so. Any

ORDER ON STIPULATED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE - 1

changes in the dispositive motion or motion in limine deadlines will result in a change of the trial date." Dkt. No. 10 at 2; *see also* Standing Order at § II(G) ("Judge Lin will not decrease the amount of time between the dispositive motion deadline and the trial date (i.e. four months) unless the Parties set for an extraordinary basis for doing so."). The Parties agree that extraordinary cause exists to amend the schedule without changing the current scheduled trial date "to allow for additional time to attend mediation in the hope of avoiding the cost and expense of potentially unnecessary motion and pre-trial practice." Dkt. No. 17 ¶ 4. While the Court encourages the Parties' settlement efforts, the Parties fail to set forth an *extraordinary basis* for their proposed amended schedule. Further, the Parties' request was untimely, as they did not move for an extension of time until two business days in advance of the dispositive motion deadline. *See* Standing Order at § II(G) ("Motions for extensions of time shall be filed at least **three (3) business days** in advance of the expiration of the relevant deadline.")

The Court GRANTS the Parties' stipulated motion as to the dispositive motion deadline, which is reset to **May 15, 2023**. Counsel for all Parties are admonished to adhere to the Court's Standing Orders and to make future requests of the Court in a timely fashion. Pursuant to the Standing Order, the Court STRIKES the current trial date and related deadlines and will enter an amended trial scheduling order.

Dated this 13th day of April 2023.

Tana Lin
United States District Judge

ORDER ON STIPULATED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE - 2