THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARLEIGH CONNOLLY, an individual,<br><br>                      Plaintiff,<br><br>  vs.<br><br>BEACON SALES ACQUISITION, INC., d/b/a AMERICAN BUILDING & ROOFING, a Washington Limited Liability Company,<br><br>                      Defendant. | NO. 2:22-CV-00151-TL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

      COMES NOW Plaintiff Karleigh Connolly and Defendant Beacon Sales Acquisition, Inc. d/b/a American Building & Roofing, by and through their undersigned counsel, and stipulate, pursuant to Fed. R Civ. P. 41(a)(ii), that the Court enter an order dismissing all of the claims and causes of action against Defendant in the above-captioned case with prejudice and with each party to bear its own costs and attorneys' fees.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 1
Case No. 2:22 -cv-00151-TL

RESPECTFULLY SUBMITTED this 19th day of May, 2023.

Presented by:

| | |
|---|---|
| */s/ Jason A. Rittereiser*<br>Jason A. Rittereiser, WSBA No. 43628<br>*/s/ Rachel M. Emens*<br>Rachel M. Emens, WSBA No. 49047<br>*/s/ Henry Brudney*<br>Henry Brudney, WSBA No. 52602<br>*/s/ Arielle M. Inveen-Lai*<br>Arielle M. Inveen-Lai, WSBA No. 58493<br>**HKM EMPLOYMENT ATTORNEYS LLP**<br>600 Stewart Street, Suite 901<br>Seattle, WA 98101<br>Tel:   (206) 838-2504<br>Fax:   (206) 260-3055<br>Email: jrittereiser@hkm.com<br>        remens@hkm.com<br>        hbrudney@hkm.com<br>        ainveen-lai@hkm.com<br><br>*Attorneys for Plaintiff Karleigh Connolly* | */s/ Ryan P. Hammond*<br>Ryan P. Hammond, WSBA No. 38888<br>*/s/ Annie E. Reuben*<br>Anne E. Reuben, WSBA No. 53299<br>**Littler Mendelson, P.C.**<br>600 University Street, Suite 3200<br>Seattle, WA 98101<br>Phone:   206-623-3300<br>Fax:       206-447-6965<br>Email:   rhammond@littler.com<br>             areuben@littler.com<br><br>*Attorneys for Beacon Sales Acquisition, Inc. d/b/a American Building & Roofing* |

**ORDER**

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, and the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

IT IS SO ORDERED that all of Plaintiff's claims and causes of action against Defendant Beacon Sales Acquisition, Inc. d/b/a American Building & Roofing are hereby dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party, and the case is hereby closed.

DATED this 19th day of May, 2023.

_____
Tana Lin
United States District Judge

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 2
Case No. 2:22 -cv-00151-TL

# CERTIFICATE OF SERVICE

I, Taylor Saastad, certify under penalty of perjury under the laws of the State of Washington that I have caused service of a true and correct copy of the foregoing document, to be effected on the following named counsel in the manner identified below:

| | |
|---|---|
| Ryan P. Hammond, WSBA No. 38888<br>Anne E. Reuben, WSBA No. 53299<br>**Littler Mendelson, P.C.**<br>600 University Street, Suite 3200<br>Seattle, WA 98101<br>Phone:   206-623-3300<br>Fax:       206-447-6965<br>Email:    rhammond@littler.com<br>             areuben@littler.com<br><br>*Attorneys for Defendant Beacon Sales Acquisition, Inc. d/b/a American Building & Roofing* | _____  Via Email<br>_____  Via Messenger<br>_____  Via U.S. Mail, First Class<br>__X__  Via CM/ECF |

DATED this 19th day of May, 2023 at Seattle, Washington.

*/s/ Taylor Saastad*
Taylor Saastad, Paralegal
**HKM Employment Attorneys LLP**

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 3
Case No. 2:22 -cv-00151-TL